# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| CHARLEEN CORRADO, et al., | )<br>) |
| Plaintiffs, | ) No. 14 cv 92 EJM |
| vs. | )<br>) ORDER |
| LIFE INVESTORS INSURANCE COMPANY OF AMERICA, et al., | )<br>)<br>) |
| Defendants. | )<br>) |

This matter is before the court on defendants' resisted motion for sanctions, filed October 20, 2014. Dismissed without prejudice.

Plaintiffs brought this case for breach of contract. Jurisdiction based on 28 U.S.C. §1332. On October 6, 2014, the court dismissed the complaint due to res judicata and collateral estoppel from multiple previous litigations between the same parties on the same facts.

Defendants here assert that the plaintiffs' attorney brought this case without sufficient cause. The dismissal is now on appeal. The court believes that this motion for sanctions is better resolved after the appellate court has ruled.

It is therefore

ORDERED

Dismissed without prejudice to re-filing after resolution of the appeal.

December 18, 2014

Edward J. McManus, Judge
UNITED STATES DISTRICT COURT